[No. 24248–2–I.   Division One.   December 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN HERNANDEZ CRUZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03254–4, Peter K. Steere, J., entered May 11, 1989. *Affirmed* by unpublished opinion per Ringold, J. Pro Tem., concurred in by Coleman, C.J., and Forrest, J.

[No. 23878–7–I.   Division One.   December 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD DOMINGO STEWARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–04802–1, Carmen Otero, J., entered March 17, 1989. *Affirmed* by unpublished opinion per Ringold, J. Pro Tem., concurred in by Coleman, C.J., and Forrest, J.

[Nos. 24133–8–I; 24134–6–I.   Division One.   December 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY ULYSSES PRATER, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 89–8–00471–4, 89–8–00307–6, Carmen Otero, J., entered May 2, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Grosse, J.